# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE OMNI HEALTHCARE DATA BREACH LITIGATION | Civil Action No.: 3:25-CV-00263<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss their claims without prejudice.

Dated: January 16, 2026      Respectfully submitted,

*/s/ M. Christopher Schehr*
M. Christopher Schehr, Esq. (NC S.B. #54504)
**SCHEHR LAW**
101 N. McDowell St. Ste 200
Charlotte, NC 28204
Telephone: (704) 900-0336
Email: chris@schehrlaw.com

Scott Edward Cole, Esq.*
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, CA 94607
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email: sec@colevannote.com

Mariya Weekes *(admitted pro hac vice)*
**MILBERG, PLLC**
333 SE 2nd Avenue, Suite 2000
Miami, FL 33131
Telephone: (866) 252-0878
Email: mweekes@milberg.com

*Attorneys for Plaintiffs and the Class*

*\* pro hac vice forthcoming*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on January 16, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ M. Christopher Schehr*
M. Christopher Schehr, Esq.

2